ACCEPTED
06-15-00168-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/7/2015 4:15:32 PM
DEBBIE AUTREY
CLERK

| Appellate Docket Number: | 06-15-00168-CR |
|---|---|
| Appellate Case Style: Style: | LEON HILL |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

10/7/2015 4:15:32 PM

DEBBIE AUTREY
Clerk

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

First Name: Leon

Middle Name:

Last Name: Hill

Suffix:

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## II. Appellant Attorney(s)

☒ Lead Attorney

First Name: Hough-Lewis

Middle Name:

Last Name: Dunn

Suffix:

☒ Appointed ☐ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Law Offices of Lew Dunn

Address 1: P.O. Box 2226

Address 2:

City: Longview

State: Texas  Zip+4: 75606

Telephone: 903-757-6711  ext.

Fax: 903-757-6712

Email: dunn@texramp.net

SBN: 06244600

Add Another Appellant/ Attorney

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Zack

Middle Name:

Last Name: Wavrusa

Suffix:

☐ Appointed ☒ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: Rusk County District Attorney

Address 1: 115 N. Main, Suite 302

Address 2:

City: Henderson

State: Texas Zip+4: 75652

Telephone: 903-657-2265 ext.

Fax: 903-657-0329

Email: zwavrusa@co.rusk.tx.us

SBN: 24072898

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 22, 2015

Offense charged: Aggravated Sex Asslt of Child under 14

Date of offense: May 15, 2013

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 7, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Life

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No If yes, date filed: August 7, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No If yes, date filed:

Other: ☐ Yes ☐ No If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA If yes, date filed: October 2, 2015

Date of hearing: October 2, 2015 ☐ NA

Date of order: October 2, 2015 ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA If granted or denied, date of ruling: October 2, 2015

## VIII. Trial Court And Record

Court: 4th District Court

County: Rusk

Trial Court Docket Number (Cause no): CR 14-313

Trial Court Judge (who tried or disposed of the case):

First Name: Clay

Middle Name:

Last Name: Gossett

Suffix:

Address 1: 115 N. Main Street, Suite 303

Address 2:

City: Henderson

State: Texas    Zip + 4: 75652

Telephone: 903-657-0358    ext.

Fax: 903-655-1250

Email: annette.griffin@co.rusk.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes ☐ No

If yes, date requested: Sep 28, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes ☐ No

Was reporter's record requested?   ☒ Yes ☐ No

Was the reporter's record electronically recorded?   ☒ Yes ☐ No

If yes, date requested: Sep 25, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter      ☐ Court Recorder
☒ Official            ☐ Substitute

First Name: Terri

Middle Name:

Last Name: Boling

Suffix:

Address 1: 115 N. Main Street, Suite 304-A

Address 2:

City: Henderson

State: Texas    Zip + 4: 75652

Telephone: 903-657-0359    ext.

Fax: 903-655-1250

Email: tboling@co.rusk.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]                  Court: [redacted]

Style: [redacted]

Vs.    State of Texas [redacted]

## X. Signature

*[signature: Hough-Lewis Dunn]*

Signature of counsel (or Pro Se Party)

*[handwritten: Hough-Lewis Dunn]*

Printed Name:

Electronic Signature: [redacted]
(Optional)

Date: October 7, 2015

State Bar No: 06244600

Name: Hough-Lewis Dunn

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on October 7, 2015    .

*[signature: Hough-Lewis Dunn]*

Signature of counsel (or pro se party)

Electronic Signature: [redacted]
(Optional)

State Bar No.: 06244600

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

          (1) the date and manner of service;
          (2) the name and address of each person served, and
          (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: October 7, 2015

Manner Served: Email

First Name: Zack

Middle Name:

Last Name: Wavrusa

Suffix:

Law Firm Name: Rusk County DA's Office

Address 1: 115 N. Main Street, Suite 302

Address 2:

City: Henderson

State Texas      Zip+4: 75652

Telephone: 903-657-2265    ext.

Fax: 903-675-0329

Email: zwavrusa@co.rusk.tx.us